THE STATE OF NEW JERSEY, ARTHUR DAVISON, FISH AND GAME WARDEN, PROSECUTOR, v. FRED BRESLAU, DEFENDANT.

Submitted October 16, 1931—Decided November 23, 1931.

Before Justices CAMPBELL, LLOYD and BODINE.

For the prosecutor, *William A. Stevens* and *Robert Peacock.*

For the defendant, *Quinn, Parsons and Doremus.*

PER CURIAM.

The attorney-general instituted this proceeding to review the dismissal on appeal of an action brought under "An act for the protection of lobsters." *State* v. *Zabriskie,* 43 *N. J. L.* 360.

It does not appear from the record before us that the notice of appeal was not served in time, nor does it appear that the complaint or warrant were sufficient. The writ will be dismissed.